

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2014

No. 04-14-00264-CR

**EX PARTE** Kyle **MILLER**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Rebeca C. Martinez, Justice

On April 21, 2014, relator filed a pro se petition for writ of habeas corpus. The court has determined that it is without jurisdiction to consider relator's application for writ of habeas corpus. Accordingly, relator's petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on April 23rd, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CR5502, styled *The State of Texas v. Kyle Miller*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.